HENRY R. WILSON, Respondent, *v.* WYCKOFF, CHURCH & PARTRIDGE, Appellant.

*Wilson* v. *Wyckoff, Church & Partridge*, 133 App. Div. 92, affirmed.
(Argued December 8, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June

22, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*S. S. Slater* and *Frederick S. Randall* for appellant.

*J. Frederick Eagle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WILLARD BARTLETT and CHASE, JJ. Dissenting: HISCOCK and COLLIN, JJ. Absent: WERNER, J.